PROB 12B                                                                SD/FL PACTS No.  6993133
(SD/FL 1/21)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  <u>**1:20-CR-20155-RAR-2**</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>With Consent of the Offender</u>
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender:  MARTUSCIELLO GIMENEZ, Genesis

Name of Sentencing Judicial Officer: The Honorable Federico A. Moreno, United States District Judge, Miami, Florida

Name of Reassigned Judicial Officer: The Honorable Rodolfo A. Ruiz II, United States District Judge, Miami, Florida

Date of Original Sentence:  November 15, 2021

Original Offense:  Count 1: Conspiracy to Commit Bank and Wire Fraud, 18 U.S.C. §1349, a Class B felony

Count 13: Aggravated Identity Theft, 18 U.S.C. §1028A(a)(1), a Class E felony

Original Sentence:  Fifty-one months custody of the U.S. Bureau of Prisons, followed by five years supervised release, $100,000.00 restitution, and a $200.00 special assessment. Special conditions: The defendant shall 1) participate in an approved inpatient/outpatient mental health treatment program; 2) participate in an approved treatment program for drug and/or alcohol abuse; and 3) be surrendered to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings.

**August 31, 2022:** Judgment amended to include restitution ordered joint and several.

Type of Supervision: Supervised Release    Date Supervision Commenced:  August 15, 2023

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $30.00 per month, until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 1/21)

SD/FL PACTS No.  6993133

## CAUSE

1. **<u>Violation of Mandatory Condition</u>**, by unlawfully possessing or using a controlled substance. On or about August 21, 2023, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory, and was subsequently confirmed positive by Alere Toxicology Services, Incorporated.

On July 6, 2023, while serving her term of imprisonment with the U.S. Bureau of Prisons, the defendant was placed on an Order of Supervision with the U.S. Immigration and Customs Enforcement. Thereafter, on August 15, 2023, the defendant was released from the custody of the U.S. Bureau of Prisons and commenced her term of supervised release in the Southern District of Florida. Her supervision is scheduled to expire on August 14, 2028.

On August 21, 2023, the defendant submitted a urine sample which tested positive for the presence of cocaine in our local laboratory and was subsequently confirmed positive by Alere Toxicology Services, Incorporated on August 29, 2023.

On August 30, 2023, this officer discussed the positive test result with the defendant. She denied the use of any illicit substances and could not explain why the test result was positive. The defendant then stated she was intimate with a male companion the night prior to her urinalysis test and he may have used cocaine. The defendant was counseled regarding making better decisions and surrounding herself with positive peers. She apologized and stated she was remorseful for the lapse in judgment.

As a result of the positive urinalysis test, the defendant was placed on twice weekly scheduled urinalysis testing for approximately 30 days. Thereafter, she will be enrolled in Code-A-Phone, a random drug testing program, for a period of 120 days. Additionally, the defendant was referred for an initial substance abuse evaluation with Community Health of South Florida, Inc. and is currently participating in twice monthly individual counseling sessions.

It is noted on August 28, 2023, August 31, 2023, September 5, 2023, September 7, 2023, and September 11, 2023, the defendant reported as instructed and submitted urine samples which resulted negative for the presence of any illicit substances.

The defendant maintains a stable residence at 5248 Northwest 193rd Lane, Miami Gardens, Florida. She has been unemployed since her release and is currently in the process of obtaining her Employment Authorization Document.

Additionally, as Your Honor may recall, the defendant was ordered to pay restitution in the sum of $100,000.00. Per the Offender Payment Enhanced Report Access (OPERA), the outstanding restitution balance is $70,554.90. The special assessment fee has been paid in full.

PROB 12B  SD/FL PACTS No. 6993133
(SD/FL 1/21)

      The defendant is unemployed, has no income and is being financially supported by her family. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant, and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $30.00 per month towards restitution, with financial assistance from her family.

      The defendant was presented with this information and concurred with our assessment, consequently, voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at the rate of $30.00 per month, commencing in September 2023, and every month thereafter.

**RECOMMENDATION:** As such, it is respectfully requested that Your Honor take no further action regarding the positive urinalysis test and allow the defendant to participate in outpatient substance abuse treatment with increased urinalysis testing. In addition, it is respectfully requested that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $30.00 per month. The United States Probation Office will continue to monitor the defendant's financial situation.

Respectfully submitted,

by: Jimmy Wong
United States Probation Officer
Office: (305) 259-1308
Cellular: (305) 742-6414
Jimmy_Wong@flsp.uscourts.gov
Date: September 21, 2023

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

Signature of Judicial Officer

Date: September 21, 2023